# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Anthony J. Costanzo,<br>Kimberly A. Katchen-Costanzo,<br>*Debtors*. | Chapter 13<br>Case No. 24-11448-amc |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Extend the Automatic Stay

- Notice of Motion to Extend the Automatic Stay, Response Deadline, and Hearing Date

Dated: May 3, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

| | | |
|---|---|---|
| Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | Applied Bnk<br>2200 Concord Pike<br>Wilmington, DE 19803 | Barneys Ny<br>Po Box 326<br>Lyndhurst, NJ 07071 |
| Brksb/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | Bryant State Bank<br>Attn: Bankruptcy<br>PO Box 215<br>Bryant, SD 57221 | Capitalone<br>Po Box 31293<br>Salt Lake City, UT 84131 |
| Cbusasears<br>Po Box 6217<br>Sioux Falls, SD 57117 | City of Philadelphia<br>Municipal Services Building<br>1401 John F Kennedy Blvd Fl 5<br>Philadelphia, PA 19102-1617 | City of Philadelphia<br>Parking Violation Branch<br>PO Box 41819<br>Philadelphia, PA 19101-1819 |
| Comenity Bank/Bed Bath & Beyond<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218 | Continental Finance Company<br>Attn: Bankruptcy<br>4550 New Linden Hill Rd Ste 400<br>Wilmington, DE 19808-2952 | Discover Financial<br>Attn: Bankruptcy<br>2500 Lake Cook Rd<br>Riverwoods, IL 60015-3851 |
| Dsnb Bloomingdales<br>Attn: Recovery "Bk"<br>PO Box 9111<br>Mason, OH 45040 | Fay Servicing Llc<br>Attn: Bankruptcy Dept<br>PO Box 809441<br>Chicago, IL 60680 | First National Bank<br>Attn: Bankruptcy<br>1500 S Highline Ave<br>Sioux Falls, SD 57110-1003 |
| Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 | Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210 | Philadelphia Municipal Court<br>Traffic Division<br>800 Spring Garden St<br>Philadelphia, PA 19123-2616 |
| Philadelphia Parking Authority<br>Bankruptcy Department<br>701 Market St<br>Philadelphia, PA 19106-1538 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>150 Corporate Blvd<br>Norfolk, VA 23502-4952 | Synchrony Bank<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Total Visa<br>Attn: Bankruptcy<br>PO Box 84930<br>Sioux Falls, SD 57118-4930 | U.S. Attorney, Eastern District of Pa.<br>615 Chestnut St Ste 1250<br>Philadelphia, PA 19106-4404 | U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 | | |