**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| ANTHONY J. COSTANZO, ) | CASE NO.: 24-11448-AMC |
| KIMBERLY A. KATCHEN-COSTANZO, ) | CHAPTER 13 |
| ) | JUDGE ASHELY M. CHAN |
|    DEBTOR. ) | |
| ) | |
| US BANK TRUST NATIONAL ASSOCIATION, ) | |
| NOT IN ITS INDIVIDUAL CAPACITY BUT ) | |
| SOLELY AS OWNER TRUSTEE FOR VRMTG ) | |
| ASSET TRUST. ) | |
| ) | |
|    CREDITOR ) | |
| ) | |
| AND SCOTT F. WATERMAN, ) | |
| TRUSTEE ) | |
| ) | |
|    RESPONDENTS ) | |

**OBJECTION TO CONFIRMATION OF PLAN**

COMES NOW, US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, ("Secured Creditor") by and through its undersigned attorneys, and for its Objection to Confirmation of Debtors Chapter 13 Plan, herein states and alleges as follows:

1. This Court has exclusive jurisdiction over this proceeding. Debtor filed this Petition under Chapter 13 of the United States Bankruptcy Code on or about April 30, 2024.

2. Secured Creditor holds a lien over Debtor's property described as 532 South Taney Street, Philadelphia, PA 19146**.**

3. As of the petition date, Secured Creditor's estimated secured claim is $131,757.03 and the underlying loan matures on November 13, 2027. Secured Creditor will file its Proof of Claim by the bar date, with the approximate arrears of $131,757.03, which is above the arrearage of $80,594.71

2

listed on Debtor's Plan.  Debtor checked-marked the box in the Plan stating no disbursements to be made by the Trustee.  Creditor needs clarification.

4.      Therefore, the plan fails 11 U.S.C. §1322 (b)(2)-(3), and pursuant to 11 U.S.C. §1325 (a)(5) the plan cannot be confirmed.

WHEREFORE, US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, prays that its Objection to Confirmation of Plan be sustained, and for all further relief as is just and proper.

                                                    Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on or before May 31, 2024, I caused a true and correct copy of the foregoing to be served either by CM/ECF notice to those so authorized, and first-class mail as indicated to the parties reflected on the attached.

*DEBTOR*
ANTHONY J. COSTANZO
532 S TANEY ST
PHILADELPHIA, PA 19146-1045

*DEBTOR*
KIMBERLY A. KATCHEN-COSTANZO
532 S TANEY ST
PHILADELPHIA, PA 19146-1045

*DEBTORS COUNSEL*
MICHAEL I. ASSAD
CIBIK LAW, P.C.
1500 WALNUT ST
STE 900
PHILADELPHIA, PA 19102

MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*