# IN THE UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANTHONY J. COSTANZO<br>KIMBERLY A. KATCHEN-CASTANZO AKA KIMBERLY A. KATCHEN | CASE NO. 20-13982-AMC<br><br>CHAPTER 13<br><br>JUDGE: ASHELY M. CHAN |
| _____DEBTORS_____ / | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 4th day of June 2024.

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the List by electronic notice and/or by First Class U.S. Mail on this the 4th day of June 2024:

VIA FIRST CLASS U.S. MAIL:

*DEBTORS*
ANTHONY J. COSTANZO
KIM A. KATCHEN-COSTANZO
532 S. TANEY STREET
PHILADELPHIA, PA 19146

VIA ECF:

*ATTORNEYS FOR DEBTORS*
MICHAEL I. ASSAD
CIBIK LAW, P.C.
1500 WALNUT ST
STE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

*U.S. TRUSTEE*
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. Nix Federal Building
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com