# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Anthony J. Costanzo,<br>　　Kimberly A. Katchen-Costanzo,<br><br>　　　　　　Debtors. | Case No. 24-11448-AMC<br><br>Chapter 13 |

**Notice of Objection to Claim No. 19<br>by Claimant U.S. Bank Trust N.A., and Hearing Date**

　　The Debtors in the above-captioned matter have filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held telephonically on Wednesday, September 18, 2024, at 10:00 a.m. before Chief U.S. Bankruptcy Judge Ashely M. Chan. To attend the hearing, dial 877-873-8017 and enter access code 3027681. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below on or before Wednesday, September 11, 2024**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

　　　　　　　　　　　　　　　　Michael A. Cibik
　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　mail@cibiklaw.com

Dated: August 6, 2024