**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 24-11448-AMC |
| Anthony J. Costanzo, <br> Kimberly A. Katchen-Costanzo, | Chapter 13 |
| Debtors. | |

**Certificate of Service**

    I hereby certify that on this date a true and correct copy of the Debtors' Objection to Claim No. 19 by Claimant U.S. Bank Trust N.A. was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

    U.S. Trustee (CM/ECF)

    Scott F. Waterman (CM/ECF)

    U.S. Bank Trust N.A. (CM/ECF)


Date: August 6, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com