**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Anthony J. Costanzo,
    Kimberly A. Katchen-Costanzo,

        Debtors.

Case No. 24-11448-AMC

Chapter 13

## Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Debtors' Objection to Claim No. 19 of U.S. Bank Trust N.A., which was filed with the Court on August 6, 2024, as ECF No. 27. Thank you.

Date: August 22, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com