## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anthony J. Costanzo,<br>Kimberly A. Katchen-Costanzo<br><br>*Debtors.* | Case No. 24-11448-AMC<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Omnibus Objection to Claims

- Notice of Omnibus Objection to Claims and Hearing Date


| | |
|---|---|
| Dated: August 22, 2024 | /s/ Michael A. Cibik<br>Michael A. Cibik (#23110)<br>Cibik Law, P.C<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>215-735-1060<br>help@cibiklaw.com |

## Mailing List Exhibit

David Lamb
Merrick Bank
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

David Lamb
LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Gregory P. Deegan
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Star Tumminelli
CACH, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Harold E. Kyle Jr.
Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033