**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| **IN RE:** ) | |
| **ANTHONY J. COSTANZO,** ) | **CASE NO.: 24-11448-AMC** |
| **KIMBERLY A. KATCHEN-COSTANZO,** ) | **CHAPTER 13** |
| ) | **JUDGE ASHELY M. CHAN** |
| **DEBTOR.** ) | |
| ) | |
| **US BANK TRUST NATIONAL ASSOCIATION,** ) | |
| **NOT IN ITS INDIVIDUAL CAPACITY BUT** ) | |
| **SOLELY AS OWNER TRUSTEE FOR** ) | |
| **VRMTG ASSET TRUST.** ) | |
| ) | |
| **CREDITOR** ) | |
| ) | |
| **ANTHONY J. COSTANZO AND KIMBERLY A.** ) | |
| **KATCHEN-COSTANZO, DEBTORS AND** ) | |
| **SCOTT F. WATERMAN, TRUSTEE** ) | |
| **RESPONDENTS** ) | |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRNATION**
**(This resolves docket no. 20)**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust's Objection to Confirmation which was filed with this Court on or about **May 31, 2024, docket number 20.**

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the

parties on the List by electronic notice and/or by First Class U.S. Mail on this the 23rd day of August

2024.

*VIA FIRST CLASS U.S. MAIL*

*DEBTORS*
ANTHONY J. COSTANZO
KIM A. KATCHEN-COSTANZO
532 S. TANEY STREET
PHILADELPHIA, PA 19146

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTORS*
MICHAEL I. ASSAD
CIBIK LAW, P.C.
1500 WALNUT ST
STE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

*U.S. TRUSTEE*
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. Nix Federal Building
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*