| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA  19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11448-AMC**

| | |
|---|---|
| Anthony J. Costanzo<br>Kimberly A. Katchen-Costanzo<br>532 S Taney St<br>Philadelphia  PA    19146-1045 | Petition Filed Date: 04/30/2024<br>341 Hearing Date: 07/19/2024<br>Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/31/2024 | $2,100.00 | | 06/28/2024 | $2,100.00 | | 07/25/2024 | $2,100.00 | |

**Total Receipts for the Period:  $6,300.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MERRICK BANK<br>»»  001 | Unsecured Creditors | $2,908.84 | $0.00 | $0.00 |
| 2 | MERRICK BANK<br>»»  002 | Unsecured Creditors | $4,118.62 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $1,496.15 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $1,819.73 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $698.33 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $4,586.47 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $1,057.39 | $0.00 | $0.00 |
| 8 | ATLAS ACQUISITIONS LLC<br>»»  008 | Unsecured Creditors | $723.36 | $0.00 | $0.00 |
| 9 | ATLAS ACQUISITIONS LLC<br>»»  009 | Unsecured Creditors | $608.51 | $0.00 | $0.00 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»»  010 | Unsecured Creditors | $2,407.51 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»»  011 | Unsecured Creditors | $1,767.14 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»»  012 | Unsecured Creditors | $9,603.56 | $0.00 | $0.00 |
| 13 | CACH, LLC<br>»»  013 | Unsecured Creditors | $12,499.89 | $0.00 | $0.00 |
| 14 | DISCOVER BANK<br>»»  014 | Unsecured Creditors | $1,631.43 | $0.00 | $0.00 |
| 15 | MIDLAND CREDIT MANAGEMENT INC<br>»»  015 | Unsecured Creditors | $8,907.25 | $0.00 | $0.00 |
| 16 | LVNV FUNDING LLC<br>»»  016 | Unsecured Creditors | $2,769.92 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11448-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 17 | VERIZON BY AIS AS AGENT<br>»» 017 | Unsecured Creditors | $106.23 | $0.00 | $0.00 |
| 18 | CACH, LLC<br>»» 018 | Unsecured Creditors | $11,905.08 | $0.00 | $0.00 |
| 19 | FAY SERVICING LLC<br>»» 019 | Mortgage Arrears | $229,586.70 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $3,107.83 | $0.00 | $0.00 |
| 21 | BANK OF AMERICA NA<br>»» 021 | Unsecured Creditors | $1,188.07 | $0.00 | $0.00 |
| 22 | BANK OF AMERICA NA<br>»» 022 | Unsecured Creditors | $5,246.92 | $0.00 | $0.00 |
| 23 | BANK OF AMERICA NA<br>»» 023 | Unsecured Creditors | $2,879.44 | $0.00 | $0.00 |
| 24 | BANK OF AMERICA NA<br>»» 024 | Unsecured Creditors | $3,832.25 | $0.00 | $0.00 |
| 25 | CITY OF PHILADELPHIA (LD)<br>»» 025 | Secured Creditors | $79.70 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,300.00 | Current Monthly Payment: | $2,100.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $630.00 | Total Plan Base: | $126,000.00 |
| Funds on Hand: | $5,670.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.