# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anthony J. Costanzo, Kimberly A. Katchen-Costanzo *Debtors.* | Case No. 24-11448-AMC  Chapter 13 |

## Order Sustaining Omnibus Objection to Claims

After consideration of the Omnibus Objection to Claims filed by Debtors Anthony J. Costanzo and Kimberly A. Katchen-Costanzo, after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED**:

1. The objection is **SUSTAINED**.

2. The following claims are hereby **DISALLOWED** in their entirety pursuant to 11 U.S.C. § 502(b)(1) on the grounds that they are time-barred under Pennsylvania law:

    a. Claim No. 1 filed by Merrick Bank

    b. Claim No. 2 filed by Merrick Bank

    c. Claim No. 4 filed by LVNV Funding, LLC

    d. Claim No. 5 filed by LVNV Funding, LLC

    e. Claim No. 6 filed by LVNV Funding, LLC

    f. Claim No. 7 filed by LVNV Funding, LLC

    g. Claim No. 10 filed by American Express National Bank

    h. Claim No. 12 filed by LVNV Funding, LLC

    i. Claim No. 13 filed by CACH, LLC

    j. Claim No. 18 filed by CACH, LLC

    k. Claim No. 21 filed by Bank of America, N.A.

    l. Claim No. 22 filed by Bank of America, N.A.

    m. Claim No. 23 filed by Bank of America, N.A.

    n. Claim No. 24 filed by Bank of America, N.A.

2

Date: Oct. 3, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

2