United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-11448-amc
Anthony J. Costanzo  Chapter 13
Kimberly A. Katchen-Costanzo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Oct 31, 2024      Form ID: 155      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Anthony J. Costanzo, Kimberly A. Katchen-Costanzo, 532 S Taney St, Philadelphia, PA 19146-1045 |
| 14878858 | + | Barneys Ny, Po Box 326, Lyndhurst, NJ 07071-0326 |
| 14878876 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14894870 | + | US Bank Trust National Association, c/o Joshua I. Goldman, Esquire, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14904513 | | US Bank Trust National Association c/o, Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14893921 | | Email/Text: bnc@atlasacq.com | Nov 01 2024 00:08:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14895792 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2024 00:25:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14878856 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2024 00:24:17 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14878857 | + | Email/Text: bnc-applied@quantum3group.com | Nov 01 2024 00:09:00 | Applied Bnk, 2200 Concord Pike, Wilmington, DE 19803-2909 |
| 14878860 | | Email/Text: BNBSB@capitalsvcs.com | Nov 01 2024 00:09:00 | Bryant State Bank, Attn: Bankruptcy, PO Box 215, Bryant, SD 57221 |
| 14904971 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 01 2024 00:08:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14878859 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2024 00:25:22 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14895888 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 00:24:14 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878863 | | Email/Text: megan.harper@phila.gov | Nov 01 2024 00:09:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14927890 | | Email/Text: megan.harper@phila.gov | Nov 01 2024 00:09:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 14906367 | | Email/Text: megan.harper@phila.gov | Nov 01 2024 00:09:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14878866 | | Email/Text: cfcbackoffice@contfinco.com | Nov 01 2024 00:09:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |

| Record | Mark | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 14878861 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2024 00:23:29 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14878862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2024 00:25:22 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14878864 |   | Email/Text: bankruptcy@philapark.org | Nov 01 2024 00:09:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14878865 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2024 00:09:00 | Comenity Bank/Bed Bath & Beyond, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14878867 |   | Email/Text: mrdiscen@discover.com | Nov 01 2024 00:08:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14878868 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2024 00:25:26 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14897467 |   | Email/Text: mrdiscen@discover.com | Nov 01 2024 00:08:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14878869 |   | Email/Text: ECF@fayservicing.com | Nov 01 2024 00:09:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680 |
| 14878870 |   | Email/Text: BNSFN@capitalsvcs.com | Nov 01 2024 00:09:00 | First National Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 14915288 | ^ | MEBN | Nov 01 2024 00:07:23 | Fay Servicing, LLC as servicer for US Bank Trust N, c/o Lauren Moyer, Esq., Friedman Vartolo, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14878871 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 01 2024 00:25:10 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14878872 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2024 00:09:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14890626 |   | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 00:24:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14890287 |   | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2024 00:23:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14900819 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2024 00:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14894694 |   | Email/Text: bkecf@padgettlawgroup.com | Nov 01 2024 00:09:00 | Padgett Law Group, c/o JOSHUA I. GOLDMAN, Padgett Law Group, 6267 Old Water Oak Rd., Ste. 203, Tallahassee, FL 32312 |
| 14878873 |   | Email/Text: fesbank@attorneygeneral.gov | Nov 01 2024 00:09:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14904864 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2024 00:24:23 | PORTFOLIO RECOVERY ASSOCIATES, LLC, P.O. BOX 41067, NORFOLK, VA 23541 |
| 14878878 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2024 00:25:10 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14878874 |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14878875 | ^ | MEBN | Nov 01 2024 00:07:30 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14878877 |   | Email/Text: bankruptcy@philapark.org | Nov 01 2024 00:09:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14878879 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2024 00:24:03 | Synchrony Bank, Po Box 965064, Orlando, FL |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 14878880 | | Email/Text: famc-bk@1stassociates.com | Nov 01 2024 00:09:00 | 32896-5064<br>Total Visa, Attn: Bankruptcy, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 14878881 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 01 2024 00:09:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14878882 | ^ | MEBN | Nov 01 2024 00:07:07 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14902880 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2024 00:23:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14878883 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 01 2024 00:25:26 | Wells Fargo Bank NA, Attn: Bankruptcy, 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14895793 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14890288 | * | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| LAUREN MOYER | on behalf of Creditor Fay Servicing  LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Kimberly A. Katchen-Costanzo help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Anthony J. Costanzo help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 45 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Anthony J. Costanzo<br><br>  Kimberly A. Katchen−Costanzo<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11448−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 31, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court