Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-11448-AMC**

Anthony J. Costanzo  
Kimberly A. Katchen-Costanzo  
532 S Taney St  
Philadelphia  PA    19146-1045

Petition Filed Date: 04/30/2024  
341 Hearing Date: 07/19/2024  
Confirmation Date: 10/31/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2024 | $2,100.00 | | 09/25/2024 | $2,100.00 | | 10/24/2024 | $5,811.00 | |
| 11/27/2024 | $5,811.00 | | 12/26/2024 | $5,811.00 | | 01/24/2025 | $5,811.00 | |
| 02/26/2025 | $5,811.00 | | 04/02/2025 | $5,811.00 | | 04/29/2025 | $5,811.00 | |
| 06/05/2025 | $5,811.00 | | 07/08/2025 | $5,811.00 | | | | |

**Total Receipts for the Period: $56,499.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $68,610.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,125.00 | $4,125.00 | $0.00 |
| 1 | MERRICK BANK »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | MERRICK BANK »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $1,496.15 | $0.00 | $1,496.15 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ATLAS ACQUISITIONS LLC »» 008 | Unsecured Creditors | $723.36 | $0.00 | $723.36 |
| 9 | ATLAS ACQUISITIONS LLC »» 009 | Unsecured Creditors | $608.51 | $0.00 | $608.51 |
| 10 | AMERICAN EXPRESS NATIONAL BANK »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS NATIONAL BANK »» 011 | Unsecured Creditors | $1,767.14 | $0.00 | $1,767.14 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CACH, LLC »» 013 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER BANK »» 014 | Unsecured Creditors | $1,631.43 | $0.00 | $1,631.43 |

**Chapter 13 Case No. 24-11448-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT MANAGEMENT INC »» 015 | Unsecured Creditors | $8,907.25 | $0.00 | $8,907.25 |
| 16 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $2,769.92 | $0.00 | $2,769.92 |
| 17 | VERIZON BY AIS AS AGENT »» 017 | Unsecured Creditors | $106.23 | $0.00 | $106.23 |
| 18 | CACH, LLC »» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | FAY SERVICING LLC »» 019 | Mortgage Arrears | $255,248.37 | $59,203.59 | $196,044.78 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $3,107.83 | $0.00 | $3,107.83 |
| 21 | BANK OF AMERICA NA »» 021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | BANK OF AMERICA NA »» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | BANK OF AMERICA NA »» 023 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | BANK OF AMERICA NA »» 024 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CITY OF PHILADELPHIA (LD) »» 025 | Secured Creditors | $79.70 | $15.04 | $64.66 |
| 26 | CITY OF PHILADELPHIA (LD) »» 026 | Unsecured Creditors | $16,502.59 | $0.00 | $16,502.59 |
| 27 | UNITED STATES TREASURY (IRS) | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 28 | CITIBANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $68,610.00 | Current Monthly Payment: | $5,811.00 |
| Paid to Claims: | $63,343.63 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,262.95 | Total Plan Base: | $330,105.00 |
| Funds on Hand: | $3.42 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.