Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Anthony J. Costanzo
Kimberly A. Katchen-Costanzo
532 S Taney St
Philadelphia, PA 19146-1045

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-11448-AMC**

Petition Filed Date: 04/30/2024
341 Hearing Date: 07/19/2024
Confirmation Date: 10/31/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2025 | $5,811.00 | | 09/09/2025 | $5,811.00 | | 10/07/2025 | $5,811.00 | |
| 11/07/2025 | $5,811.00 | | 12/08/2025 | $5,811.00 | | 01/08/2026 | $5,811.00 | |
| 02/06/2026 | $5,811.00 | | 03/06/2026 | $5,811.00 | | 04/07/2026 | $5,811.00 | |
| 05/11/2026 | $5,811.00 | | 06/05/2026 | $5,811.00 | | 07/07/2026 | $5,811.00 | |

**Total Receipts for the Period: $69,732.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $138,342.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,125.00 | $4,125.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,496.15 | $0.00 | $1,496.15 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ATLAS ACQUISITIONS LLC<br>»» 008 | Unsecured Creditors | $723.36 | $0.00 | $723.36 |
| 9 | ATLAS ACQUISITIONS LLC<br>»» 009 | Unsecured Creditors | $608.51 | $0.00 | $608.51 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $1,767.14 | $0.00 | $1,767.14 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11448-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CACH, LLC<br>»» 013 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER BANK<br>»» 014 | Unsecured Creditors | $1,631.43 | $0.00 | $1,631.43 |
| 15 | MIDLAND CREDIT MANAGEMENT INC<br>»» 015 | Unsecured Creditors | $8,907.25 | $0.00 | $8,907.25 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,769.92 | $0.00 | $2,769.92 |
| 17 | VERIZON BY AIS AS AGENT<br>»» 017 | Unsecured Creditors | $106.23 | $0.00 | $106.23 |
| 18 | CACH, LLC<br>»» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | FAY SERVICING LLC<br>»» 019 | Mortgage Arrears | $255,248.37 | $123,673.90 | $131,574.47 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $3,107.83 | $0.00 | $3,107.83 |
| 21 | BANK OF AMERICA NA<br>»» 021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | BANK OF AMERICA NA<br>»» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | BANK OF AMERICA NA<br>»» 023 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | BANK OF AMERICA NA<br>»» 024 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CITY OF PHILADELPHIA (LD)<br>»» 025 | Secured Creditors | $79.70 | $30.22 | $49.48 |
| 26 | CITY OF PHILADELPHIA (LD)<br>»» 026 | Unsecured Creditors | $16,502.59 | $0.00 | $16,502.59 |
| 27 | UNITED STATES TREASURY (IRS) | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 28 | CITIBANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $138,342.00 | Current Monthly Payment: | $5,811.00 |
| Paid to Claims: | $127,829.12 | Arrearages: | $0.00 |
| Paid to Trustee: | $10,504.50 | Total Plan Base: | $330,105.00 |
| Funds on Hand: | $8.38 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.